RICK A. YARNALL                                                    E-FILED
CHAPTER 13 BANKRUPTCY TRUSTEE
701 Bridger Ave, Suite 820
Las Vegas, NV  89101
(702) 853-4500
RAY13mail@LasVegas13.com

## UNITED STATES BANKRUPTCY COURT
## NEVADA DIVISION

IN RE:                                        CASE NO: BKS-07-14923-BAM

**KATHLEEN R. STRADER**

                    **Debtor**                **CHAPTER 13 TRUSTEE'S NOTICE TO**
                                              **DEBTOR(S) AND CREDITORS OF FILED**
**Attorney for Debtor:**                      **CLAIMS, CLASSIFICATION, AND PROPOSED**
    **ROBERTSON & BENEVENTO**                 **DISTRIBUTION**

TO DEBTOR(S), ALL CREDITORS AND PARTIES IN INTEREST:

YOU WILL PLEASE TAKE NOTICE that Rick A. Yarnall, Chapter 13 Bankruptcy Trustee, has reviewed the Clerk of the U.S. Bankruptcy Court, District of Nevada, Claims Register and each individual Proof of Claim filed in the above entitled case after the 90 day Bar Date. Government claims will be reviewed after the 180 day bar date and notice will be sent if applicable.

YOU WILL PLEASE TAKE FURTHER NOTICE that the above named Debtor(s), each creditor and all other parties in interest must verify that their respective claim(s) filed with the Clerk contains the same information AS SET FORTH BELOW to include but not limited to: (1)the creditor's claim was  filed or not filed; (2)the creditor's address to receive payments is accurate; (3)the claim amount is accurate; (4)the creditor's claim is scheduled as either "timely filed", "late filed" or "not filed"; (5)that the classification of the creditor's claim as either  "secured", "priority", "unsecured", "direct pay by debtor", "surrendered", "no provision", or such other applicable classification, is accurate; (6)and that the treatment and payment on each creditor's claim (including, if appropriate, the payment of and rate of interest ), is accurate in accordance with Order(s) Confirming Chapter 13 Plan.

YOU WILL PLEASE TAKE FURTHER NOTICE that if the creditor's claim, as filed with the Clerk of the Bankruptcy Court, is not accurate for any reason, including the reasons set forth above; then you must timely file a written objection to the Chapter 13 Trustee's Notice to Debtor(s) and Creditors of Filed Claims, Classification, and Proposed Distribution on or before February 21, 2008. The written objection must be filed **or e-filed** with the Clerk of the U.S. Bankruptcy Court, 300 Las Vegas Blvd. South, Fourth Floor, Las Vegas, Nevada 89101 and served, if applicable, upon any appropriate creditor(s), the debtor(s), debtor's attorney and the Chapter 13 Bankruptcy Trustee whose mailing address is set forth above, along with the date, time, and place of the hearing on the objection.

YOU WILL PLEASE TAKE FURTHER NOTICE that in the absence of a written objection, the Debtor(s), creditors and parties in interest listed below shall be deemed to have approved the Chapter 13 Trustee's Notice to Debtor(s) and Creditors of Filed Claims, Classification, and Proposed Distribution. No further Order of the Court will be entered in the absence of any objection to this notice.

NOTICE IS HEREBY GIVEN that the following list below is a recapitulated itemization of all filed and not filed proof of claims, classification of claims, and proposed distribution:

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION | |
|---|---|---|---|
| **ECAST SETTLEMENT CORP** | **$429.42** | UNSECURED | 8893 |
| P O BOX 35480 | AT 0.00% INT | | |
| NEWARK, NJ  07193-5480 | FROM 08/09/2007 | APPROXIMATELY 0.00% TO BE PAID | |
| | **TRUSTEE CLAIM# 00002 / COURT CLAIM # 7** | | |

KATHLEEN R. STRADER

| NAME AND ADDDRESS OF CREDITOR | AMOUNT | CLASSIFICATION | |
|---|---|---|---|
| **ECAST SETTLEMENT CORP** | **$220.81** | UNSECURED | 6177 |
| P O BOX 35480 | AT 0.00% INT | | |
| NEWARK, NJ 07193-5480 | FROM 08/09/2007 | APPROXIMATELY 0.00% TO BE PAID | |
| | **TRUSTEE CLAIM# 00003 / COURT CLAIM # 12** | | |
| **Bk Of Amer** | **$0.00** | UNSECURED | 1547 |
| P.O. Box 7047 | AT 0.00% INT | NOT FILED | |
| Dover, DE 19903 | FROM 08/09/2007 | APPROXIMATELY 0.00% TO BE PAID | |
| | **TRUSTEE CLAIM# 00004 / COURT CLAIM #** | | |
| **CAPITAL ONE BANK** | **$4,106.90** | UNSECURED | XXXXXXXXXXXX2508 |
| C/O TSYS DEBT MANAGEMENT | AT 0.00% INT | | |
| P O BOX 5155 | FROM 08/09/2007 | APPROXIMATELY 0.00% TO BE PAID | |
| NORCROSS, GA 30091 | **TRUSTEE CLAIM# 00005 / COURT CLAIM # 4** | | |
| **Cashcall Inc** | **$0.00** | UNSECURED | 5216 |
| 17360 Brookhurst St | AT 0.00% INT | NOT FILED | |
| Fountain Valley, CA 92708 | FROM 08/09/2007 | APPROXIMATELY 0.00% TO BE PAID | |
| | **TRUSTEE CLAIM# 00006 / COURT CLAIM #** | | |
| **CLARK COUNTY TREASURER** | **$3,843.59** | SECURED | XXXXXXX3019 |
| 500 S GRAND CENTRAL PKWY - FL1 | AT 8.00% INT | | |
| P O BOX 551220 | FROM 08/09/2007 | EXACTLY 100.00% TO BE PAID | |
| LAS VEGAS, NV 89155 | **TRUSTEE CLAIM# 00007 / COURT CLAIM # 1** | | |
| **DISCOVER BANK** | **$6,790.04** | UNSECURED | XXXXXX0421 |
| DFS SERVICES LLC | AT 0.00% INT | | |
| POB 3025 | FROM 08/09/2007 | APPROXIMATELY 0.00% TO BE PAID | |
| NEW ALBANY, OH 43054 | **TRUSTEE CLAIM# 00008 / COURT CLAIM # 5** | | |
| **ECAST SETTLEMENT CORP** | **$546.25** | UNSECURED | 4663 |
| P O BOX 35480 | AT 0.00% INT | | |
| NEWARK, NJ 07193-5480 | FROM 08/09/2007 | APPROXIMATELY 0.00% TO BE PAID | |
| | **TRUSTEE CLAIM# 00010 / COURT CLAIM # 11** | | |
| **LVNV FUNDING LLC ASSIGNEE** | **$3,170.68** | UNSECURED | XXXXXXXXXXXX3080 |
| **CITIBANK** | AT 0.00% INT | | |
| RESURGENT CAPITAL SERVICES | FROM 08/09/2007 | APPROXIMATELY 0.00% TO BE PAID | |
| P O BOX 10587 | **TRUSTEE CLAIM# 00016 / COURT CLAIM # 9** | | |
| GREENVILLE, SC 29603 | | | |
| **Village of Silver Springs HOA** | **$2,000.00** | SECURED | 3053 |
| c/o Terra West Property Mgmt | AT 8.00% INT | | |
| 2655 S Rainbow #200 | FROM 08/09/2007 | EXACTLY 100.00% TO BE PAID | |
| Las Vegas, NV 89146 | **TRUSTEE CLAIM# 00017 / COURT CLAIM #** | | |
| **Wfs/Wachovia Dealer Sv** | **$0.00** | VEHICLE DIRECT | 0959 |
| Po Box 19657 | AT 0.00% INT | | |
| Irvine, CA 92623 | FROM 08/09/2007 | Paid direct by Debtor | |
| | **TRUSTEE CLAIM# 00018 / COURT CLAIM #** | | |
| **CAPITAL ONE BANK** | **$2,158.04** | UNSECURED | XXXXXXXXXXXX9602 |
| C/O TSYS DEBT MANAGEMENT | AT 0.00% INT | | |
| P O BOX 5155 | FROM 08/09/2007 | APPROXIMATELY 0.00% TO BE PAID | |
| NORCROSS, GA 30091 | **TRUSTEE CLAIM# 00022 / COURT CLAIM # 2** | | |

KATHLEEN R. STRADER

| NAME AND ADDDRESS OF CREDITOR | AMOUNT | CLASSIFICATION | |
|---|---|---|---|
| **CAPITAL ONE BANK** | **$1,861.15** | UNSECURED | XXXXXXXXXXXX5765 |
| C/O TSYS DEBT MANAGEMENT | AT 0.00% INT | | |
| P O BOX 5155 | FROM 08/09/2007 | APPROXIMATELY 0.00% TO BE PAID | |
| NORCROSS, GA  30091 | **TRUSTEE CLAIM# 00023 / COURT CLAIM # 3** | | |
| **ECAST SETTLEMENT CORP** | **$11,297.00** | UNSECURED | 0698 |
| P O BOX 35480 | AT 0.00% INT | | |
| NEWARK, NJ  07193-5480 | FROM 08/09/2007 | APPROXIMATELY 0.00% TO BE PAID | |
| | **TRUSTEE CLAIM# 00024 / COURT CLAIM # 10** | | |
| **HOUSEHOLD FINANCE REALTY** | **$7,009.41** | MORTGAGE ARREARS | XX0412 |
| **CORPORATION OF NEVADA** | AT 0.00% INT | | |
| ATTN PAYMENT PROCESSING | FROM 08/09/2007 | EXACTLY 100.00% TO BE PAID | |
| 1301 E TOWER RD | **TRUSTEE CLAIM# 00025 / COURT CLAIM # 6** | | |
| SCHAUMBURG, IL  60173 | | | |
| **HSBC MORTGAGE SERVICES** | **$2,535.89** | MORTGAGE ARREARS | XXXXXXXXXXXXXXXXX5784 |
| P O BOX 9068 | AT 0.00% INT | | |
| BRANDON, FL  33509 | FROM 08/09/2007 | EXACTLY 100.00% TO BE PAID | |
| | **TRUSTEE CLAIM# 00027 / COURT CLAIM # 8** | | |
| **JOEL RIVAS** | **$0.00** | UNSECURED | X0892 |
| C/O FASSETT & CARDOZA | AT 0.00% INT | NOT FILED | |
| 1137 S RANCHO DR #150B | FROM 08/09/2007 | APPROXIMATELY 0.00% TO BE PAID | |
| LAS VEGAS, NV  89102 | **TRUSTEE CLAIM# 00028 / COURT CLAIM #** | | |

Dated: 1/22/2008

/s/ Linda Pletzer

for Rick A. Yarnall
Chapter 13 Bankruptcy Trustee