**ORIGINAL**

Entered on Docket
February 22, 2008

**SAO**
DAVID W. FASSETT, ESQ.
Nevada State Bar No. 006968
VICTOR M. CARDOZA, JR., ESQ.
Nevada State Bar No. 005599
ERIC L. MARSHALL, ESQ.
Nevada State Bar No. 008847
**FASSETT & CARDOZA**
1137 South Rancho Drive, Suite 150B
Las Vegas, Nevada 89102
Phone: (702) 384-2495
Fax:    (702) 384-2542
Attorney for Plaintiffs

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | ) | CASE NO. 07-14923BAM |
|---|---|---|
|  | ) | CHAPTER 13 |
| KATHLEEN STRADER, | ) |  |
|  | ) |  |
| Debtor | ) |  |

## STIPULATION AND ORDER TO LIFT STAY

**IT IS HEREBY STIPULATED** by and between Creditor, JOEL R. RIVAS, and Debtor, KATHLEEN STRADER, by and through their respective counsel of record, DAVID W. FASSETT, ESQ., VICTOR M. CARDOZA, JR., ESQ. and ERIC L. MARSHALL, ESQ., of the law firm of FASSETT & CARDOZA, and RUTH L. COHEN, ESQ. of ATKIN WINNER &

. . . .

. . . .

. . . .

. . . .

. . . .

SHERROD, to lift the automatic bankruptcy stay, for insurance purposes only.

DATED this _____ day of December, 2007.    DATED this _____ day of December, 2007.

**FASSETT & CARDOZA**    **ATKIN WINNER & SHERROD**

_____    _____
VICTOR M. CARDOZA, JR., ESQ.    Ruth L. Cohen, Esq.
Nevada State Bar No. 005599    Nevada State Bar No. 001782
ERIC L. MARSHALL, ESQ.    7201 W. Lake Mead Blvd., Ste. 360.
Nevada State Bar No. 008847    Las Vegas, Nevada 89128
1137 South Rancho Drive, Suite B    Attorney for Debtor
Las Vegas, Nevada 89102
Attorney for Creditor

## ORDER

**IT IS SO ORDERED.**

DATED this _1st_ day of ~~January,~~ February, 2008.

_____ 2/1/08
TRUSTEE

**IT IS SO ORDERED.**

DATED this _____ day of January, 2007.

_____
**BANKRUPTCY COURT JUDGE**

**FASSETT & CARDOZA**

_____
ERIC L. MARSHALL, ESQ.
Nevada Bar No. 008847
VICTOR M. CARDOZA, JR., ESQ.
Nevada State Bar No. 005599
1137 South Rancho Drive, Suite B
Las Vegas, Nevada 89102
Attorney for Creditor, JOEL R. RIVAS

-2-