Entered on Docket
March 11, 2008

_____
Hon. Bruce A. Markell
United States Bankruptcy Judge

Stephanie L. Cooper, Esquire
Nevada Bar No. 5919
THE COOPER CASTLE LAW FIRM
f/k/a THE COOPER CHRISTENSEN LAW FIRM, LLP
820 South Valley View Blvd.
Las Vegas, NV 89107
(702) 435-4175/(702) 435 4181 (facsimile)
yvette@ccfirm.com
Loan No. 680412-00-161151 / Our File No. 08-01-0243

Attorney for Secured Creditor
Household Finance Realty Corporation of Nevada

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In re: | |
|---|---|
| KATHLEEN R. STRADER | CHAPTER 13<br>BANKRUPTCY NO.: 07-14923-BAM<br>DATE: 02/13/2008<br>TIME: 1:30 P.M.<br>MOTION NO.: |
| Debtor(s) | |

### STIPULATED ORDER FOR ADEQUATE PROTECTION AND TERMINATION OF AUTOMATIC STAY UPON NON-PAYMENT

THIS MATTER HAVING been settled and both parties agreeing, Michael W. Chen, Esq. of THE COOPER CASTLE LAW FIRM attorneys of record for Secured Creditor, and KATHLEEN R. STRADER represented by Sam Benevento, and this Court being fully advised on the premises, and good cause appearing;

IT IS ORDERED, ADJUDGED AND DECREED that the total post-petition arrears are as follows:

|   |   |
|---|---|
| 3 monthly payments at $2,150.61 | $6,451.83 |
| November 2007 through January 2008 | |
| Total Post-Petition Arrearage | $6,451.83 |

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that on or before February 13, 2008, the DEBTOR shall pay directly to Secured Creditor the sum of $2,150.61. Based on that payment, Secured Creditor will bring the loan post-petition current through February 2008 by deferring the remaining post-petition arrears, the February 2008 regular monthly payment and attorneys' fees incurred with this Motion to the end of the loan.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that DEBTOR(S) shall maintain regular monthly post-petition payments on Secured Creditor's 1st Trust Deed obligation, encumbering the subject Property, generally described as 214 Pocahontas Ct., Henderson, NV 89014 ("Property" herein) and legally described as follows:

### EXHIBIT A (PAGE 1)

LOT SIXTY-SIX (66) IN BLOCK TWO (2) OF TRAILSIDE POINT-UNIT 4, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 42, OF PLATS, PAGE 20, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

in a timely fashion, commencing with the March 2008 regular monthly payment, and continuing thereafter on the 1st day of each month. Payments are due on the 1st day of each month. Said payments shall be made to Secured Creditor at any of its local branch offices.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Debtor shall pay into the plan **on time** and must **remain current** as previously directed by the Trustee.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all actions taken by the Secured Creditor's in regards to the statutory remedies afforded under State Foreclosure Statutes are in full force and effect until Secured Creditor's Proof of Claim is paid in full.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that in the event that the Debtors fail to comply with any of the payments ordered above, Secured Creditor shall send a written notice of default to KATHLEEN R. STRADER at 214 Pocahontas Ct, Henderson, NV 89014 with a copy sent to the Debtor's counsel Sam Benevento, located at 1945 E Warm Springs Rd, Las Vegas, Nv 89119, stating that the Debtor shall have ten (10) days to cure. An additional attorney's fee of $100.00 will be incurred for each notice of default. In the event that the Debtors fail to timely cure said default of payments after the ten (10) day period has expired, Secured Creditor shall submit an Ex Parte Order Terminating the Automatic Stay. Upon entry of the Ex Parte Order, the Automatic Stay shall be immediately extinguished for all purposes as to Secured Creditor, Household Finance Realty Corporation of Nevada, its assignees and/or successors in interest, and Secured Creditor may proceed with a foreclosure of and hold a Trustee's Sale on the subject property, pursuant to applicable state law, and commence any action necessary to obtain complete possession of the subject Property. Upon dispostion of the collateral, Secured Creditor will amend or delete its Proof of Claim and provide Trustee with the notice of same.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that in the event this case converts to a Chapter 7 proceeding the Secured Creditor will issue the same written notice as stated above for the total arrears to include pre-petition debt (if any should remain) that would have been paid through the former Chapter 13 Plan which Debtor will be given the same ten (10) day period to cure. In the event Debtor fails to cure said arrears after the ten (10) day period has expired, Secured Creditor shall submit an Ex Parte Order Terminating the Automatic Stay. Upon entry of the Ex Parte Order, the Automatic Stay shall be immediately extinguished for all purposes as to the Secured Creditor, Household Finance Realty Corporation of Nevada, its

1  assignees and/or successors in interest, and Secured Creditor may proceed with a foreclosure of
2  and hold a Trustee's Sale on the subject property, pursuant to applicable state law, and
3  commence any action necessary to obtain complete possession of the subject Property.

Submitted by:

THE COOPER CASTLE LAW FIRM

By: _____  Date: _____

Stephanie L. Cooper, Esq.
Attorney for Secured Creditor
Household Finance Realty Corporation of Nevada

APPROVED/DISAPPROVED

By: _____  Date: 2-13-08

Sam Benevento
Attorney for KATHLEEN R. STRADER

APPROVED/DISAPPROVED

By: _____  Date: 2-29-08

Rick A. Yarnall
Standing Trustee

ALTERNATIVE METHOD re: RULE 9021:

In accordance with Local Rule 9021, the undersigned certifies:

    ____The court has waived the requirement of approval under LR 9021.

    ____No parties appeared or filed written objections, and there is no trustee appointed in the case.

    _X_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond as indicated below:

    Sam Benevento - approved

    Rick Yarnall – approved

    ###

Motion to Lift Stay - Personal Property - 1